**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7900

ROBERT ROYSTER,

Plaintiff - Appellant,

versus

HAMPTON ROADS REGIONAL JAIL; PORTSMOUTH CITY
JAIL; PRISON HEALTH SERVICE, INCORPORATED, and
their employees that work at Hampton Roads
Regional Jail; DOCTOR KOLONGO; J. ROD CLIPP;
J. WHITE, PPV; P. RN; BRODY-MYRIE, NP; CAPTAIN
HACTHER; THE TESTING LAB IF OTHER THAN PRISON
HEALTH SERVICES, INCORPORATED; THE CITY
MANAGER OF PORTSMOUTH, VIRGINIA,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. James R. Spencer, Chief
District Judge. (3:06-cv-00323-JRS)

Submitted: March 29, 2007          Decided: April 5, 2007

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Royster, Appellant Pro Se. Jeff Wayne Rosen, Lisa Ehrich,
PENDER & COWARD, PC, Virginia Beach, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Royster appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Royster v. Hampton Roads Regional Jail, No. 3:06-cv-00323-JRS (E.D. Va. Oct. 17, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED